FILED
CHARLOTTE, NC

DEC 10 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. **3:24-cr-257-FDW** |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | **INDICTMENT** |
| 1) RAHKIM T. FRANKLIN ) | |
| ) | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an Order directing that the Bill of Indictment, Arrest Warrant, Motion to Seal, and this Order be sealed for the reasons stated in the Motion,

IT IS HEREBY ORDERED that the Bill of Indictment, Arrest Warrant, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This _10th_ day of December, 2024.

_____
United States Magistrate Judge